1  PHILLIP A. TALBERT
   Acting United States Attorney
2  VICTORIA L. BOESCH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5

6  Attorneys for the United States

7                     IN THE UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10 PARDIS KHANI,                              CASE NO. 1:21-CV-00027-AWI-SKO

11                  Plaintiff,                **STIPULATION AND ORDER FOR**
                                              **INDEPENDENT MEDICAL EXAMINATION**
12         v.                                 **PER FEDERAL RULE OF CIVIL PROCEDURE**
                                              **35**
13 UNITED STATES OF AMERICA,
                                              (Doc. 13)
14                  Defendant.

15

16

17
           Plaintiff Pardis Khani and Defendant United States of America respectfully submit this
18
   stipulation and proposed order for independent medical examination under Federal Rule of Civil
19
   Procedure 35.
20
           The parties hereby stipulate that Plaintiff will submit to an independent medical examination by
21
   Dr. D. Michael Hembd, M.D., on December 9, 2021, at 2 p.m. at the following location: Office of
22
   Vance Roget, MD, 803 Coffee Road, Suite 6, Modesto, CA 95355.
23
           The examination will not be audiotaped.
24
           No staff or attorneys from the offices of Plaintiff's or Defendant's counsel will attend the
25
   examination.
26
           The examining Dr. Hembd may ask, and Plaintiff shall answer, questions relating to the nature
27
   and extent of the injuries alleged to have been sustained in the incident that is the subject matter of this
28

STIPULATION AND ORDER                          1
FOR IME

litigation; present symptoms and conditions; medical history, including the manner in which the injuries incurred; prior injuries and disease, and her occupational history. There shall be no inquiry, other than is necessary for purposes of diagnosis and evaluation of the injuries, symptoms, and conditions, into the conduct, events, or circumstances alleged to have produced or contributed to the happening of the incident.

The examining Dr. Hembd may use, and Plaintiff shall cooperate in the use of, accepted diagnostic tests and techniques, but no procedure causing pain or undue discomfort or endangering Plaintiff's life or health shall be used except by order of this court, granted with notice, on a further showing of good cause therefor.

Defendant will provide Plaintiff a copy of Dr. Hembd's report within forty-five (45) days of the examination.

IT IS SO STIPULATED.

PHILLIP A. TALBERT
Acting United States Attorney

Dated:  December 6, 2021      By:  *Victoria L. Boesch*
                                   VICTORIA L. BOESCH
                                   Assistant United States Attorney

Attorneys for the United States

Dated:  December 6, 2021      By:  *Adam B. Stirrup (authorized 12/6/21)*
                                   ADAM B. STIRRUP
                                   Baradat & Paboojian, Inc.

Attorneys for Plaintiff Pardis Khani

**ORDER**

IT IS SO ORDERED.

Dated:  **December 7, 2021**             /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER
FOR IME

2