Adam B. Stirrup, No. 257683
abs@bplaw-inc.com
BARADAT & PABOOJIAN, INC.
720 West Alluvial Avenue
Fresno, California 93711
Telephone:  (559) 431-5366
Facsimile:  (559) 431-1702

Attorneys for Plaintiff
PARDIS KHANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARDIS KHANI,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | Case No. 1:21-CV-00027-AWI-SKO<br><br>**NOTICE OF SETTLEMENT** |

　　　Plaintiff, PARDIS KHANI, by and through her counsel of record, hereby notifies the Court that the parties have reached a settlement in the above-entitled matter.

　　　The next scheduled court date is the Pretrial Conference on March 31, 2023.  The parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until the settlement is finalized.

　　　It is estimated that the settlement will be finalized on or around September 19, 2022.  Upon the finalization of the settlement, the parties will file with this Court a joint stipulation for voluntary dismissal with prejudice to be signed by counsel for all parties.

DATED:  July 20, 2022　　　　　　　　　　　　　BARADAT & PABOOJIAN, INC.


　　　　　　　　　　　　　　　　　　　　　By:　　　/s/ Adam B. Stirrup　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　Adam B. Stirrup
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　PARDIS KHANI

---
1
NOTICE OF SETTLEMENT